THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES W. TAYLOR, Appellant. [732 NYS2d 202] —Judgment unanimously affirmed. Memorandum: We reject defendant's contentions that the sentence imposed constitutes cruel and unusual punishment (*see, People v Thompson*, 83 NY2d 477, 482-485; *People v Broadie*, 37 NY2d 100, 117, *cert denied* 423 US 950; *People v Brown*, 245 AD2d 1098) and is unduly harsh

or severe (*see, People v Kidd,* 265 AD2d 859, 860, *lv denied* 94 NY2d 824). Also contrary to defendant's contention, the verdict is not against the weight of the evidence on the issue of defendant's identity (*see, People v Owens,* 275 AD2d 905, 906, *lv denied* 95 NY2d 937, 939; *see generally, People v Bleakley,* 69 NY2d 490, 495). (Appeal from Judgment of Ontario County Court, Harvey, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Pine, J. P., Hayes, Hurlbutt, Kehoe and Lawton, JJ.